IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CEMIL KOYUNOGLU, | : | |
|    Plaintiff | : | No. 1:16-cv-01875 |
| | : | |
| v. | : | (Judge Kane) |
| | : | (Magistrate Judge Mehalchick) |
| SHARON FALCONE MILLER, et al., | : | |
|    Defendants | : | |

## ORDER

Before the Court is the July 26, 2018 Report and Recommendation of Magistrate Judge Mehalchick (Doc. No. 25), in which she recommends that the Court grant Defendant's motion to dismiss Plaintiff's complaint (Doc. No. 23), deny Plaintiff leave to amend, and direct the Clerk to close the above-captioned action. No timely objections have been filed. **ACCORDINGLY**, on this 17th day of August 2018, upon independent review of the record and the applicable law, **IT IS ORDERED THAT**:

1. The Court **ADOPTS** the Report and Recommendation of Magistrate Judge Mehalchick (Doc. No. 25);

2. Defendants' motion to dismiss (Doc. No. 23), is **GRANTED**; and

3. The Clerk of Court is directed to **CLOSE** this case.

                                                   s/ Yvette Kane
                                                   Yvette Kane, District Judge
                                                   United States District Court
                                                   Middle District of Pennsylvania